STATE OF NEW JERSEY v. WALTER HARTYE.

June 3, 1986.

Petition for certification granted.   (See 208 *N.J.Super.* 319)

STATE OF NEW JERSEY v. SAMUEL MICHAEL FUTCH.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. WILBUR PADILLA.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM F. LYON, JR.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JEFFREY ROBINSON.

June 3, 1986.

Petition for certification denied.